Filed 10/25/24  P. v. Cravens CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

| | |
|---|---|
| THE PEOPLE, | C100051 |
| Plaintiff and Respondent, | (Super. Ct. No. 23CR-000591) |
| v. | |
| RANDALL TYLER CRAVENS, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Randall Tyler Cravens filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable errors that would result in a disposition more favorable to Cravens, we will affirm the judgment.

BACKGROUND

In March 2023, Cravens used a utility knife to cut the security cord of two Apple watches at an AT&T store and fled.  An information charged Cravens with one count of

1

second degree robbery (Pen. Code, § 211; count I),[1] with allegations that Cravens had suffered a prior strike conviction (§§ 667, subds. (b)-(i), 1170.12, subds. (a)-(d)) and a prior serious felony conviction (§ 667, subd. (a)), as well as alleging an enhancement for use of a deadly weapon (§ 12022, subd. (b)(1)). Cravens was further charged with misdemeanor possession of fentanyl (Health & Saf. Code, § 11350, subd. (a); count II).

In May 2023, criminal proceedings were suspended pursuant to section 1368. In July 2023, Cravens was found competent and criminal proceedings were reinstated.

On August 21, 2023, after the trial court denied his *Marsden*[2] motion, Cravens pleaded guilty to second degree robbery as charged in count I and an added count III for attempted robbery (§§ 664/211). The plea agreement contemplated a sentence of the middle term of three years on count I and a maximum of three years concurrent on count III. The remaining count and allegations were dismissed.

On September 28, 2023, Cravens filed a motion to withdraw his plea. The People filed an opposition. The trial court denied the motion.

The trial court sentenced Cravens to three years on count I and three years concurrent on count III.

Cravens filed a timely notice of appeal. The trial court granted Craven's request for a certificate of probable cause.

DISCUSSION

Appointed counsel filed an opening brief that sets forth the facts and procedural history of the case and asks this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Cravens was advised by counsel of his right to file a supplemental brief within 30 days from the

---

[1]     Undesignated statutory references are to the Penal Code.
[2]     *People v. Marsden* (1970) 2 Cal.3d 118.

date the opening brief was filed.  More than 30 days have elapsed, and Cravens has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors that are favorable to Cravens.  Accordingly, we will affirm the judgment.

DISPOSITION

The judgment is affirmed.


                                                           /s/
                                               EARL, P. J.


We concur:


     /s/
ROBIE, J.


     /s/
MAURO, J.